IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY MAZORA                                                                                          PLAINTIFF

VS.                                            NO. 4:12cv801  JM

ARKANSAS DEPARTMENT OF HUMAN SERVICES                          DEFENDANT

JUDGMENT

For reasons stated in the order entered on this date, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of June, 2015.

_____
James M. Moody Jr.
United States District Judge